|  |  |  |
|---|---|---|
| | * | IN THE |
| | * | |
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF CHARLES ALLAN FINEBLUM TO THE BAR OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| | * | AG No. 5 |
| | * | September Term, 2023 |
| | * | |

## ORDER

Upon consideration of Charles Allan Fineblum's petition for reinstatement to the Bar of Maryland and Bar Counsel's response to the petition for reinstatement, it is this 15th day of December 2023, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Charles Allan Fineblum is reinstated as a member of the Bar of Maryland, effective January 2, 2024, and subject to the condition that before he recommences the practice of law he engage an attorney acceptable to Bar Counsel to monitor his law practice for a period of one-year; and it is further

ORDERED that effective January 2, 2024, the Clerk of the Court shall replace the name Charles Allan Fineblum upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Matthew J. Fader
Chief Justice